**JERRY H. MANN, SBN# 095466**
**PERKINS, MANN & EVERETT**
**A Professional Corporation**
**2222 West Shaw Avenue, Suite 202**
**Fresno, California  93711**
**Telephone (559) 447-5700**
**Facsimile (559) 447-5600**
**Email:  jmann@pmelaw.com**

Attorney for: ITTLESON SJS HOTEL LLC

# UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

* * *

| | |
|---|---|
| ITTLESON SJS HOTEL LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>SJS PROPERTIES GROUP, LLC; and DOES 1 to 20, Inclusive,<br><br>    Defendants. | Case No.:  1:11-CV-00261-OWW-SKO<br><br>**ORDER REMANDING CASE**<br><br>**Judge:  Oliver W. Wanger** |

On April 11, 2011, Plaintiff's duly noticed Motion for Remand came on for hearing. Plaintiff appeared by its counsel Jerry H. Mann of Perkins, Mann & Everett, APC and Defendant did not appear through counsel or otherwise. On April 11, 2011, this court filed its Memorandum Decision and Order Re:  Plaintiff's Motion to Remand (Doc. 9) ("Memorandum Decision").

Upon consideration of Plaintiff's Motion for Remand and proof made to the satisfaction of the Court, and for the reasons set forth in this Court's Memorandum Decision,

///

PERKINS, MANN & EVERETT, APC
(11cv261.Order Remanding Case.doc)

1

**ORDER**

PDF created with pdfFactory trial version www.pdffactory.com

1   IT IS HEREBY ORDERED that the case be remanded to the Fresno County Superior
2   Court forthwith.

Date: April 18, 2011    /s/ OLIVER W. WANGER
                        United States District Judge

PERKINS, MANN &
EVERETT, APC
(11cv261.Order
Remanding Case.doc)

2

**ORDER**

PDF created with pdfFactory trial version www.pdffactory.com